**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Wayne Preayer, | No. CV-18-03979-PHX-DGC (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Health Incorporated, et al., | |
| Defendants. | |

The Court has received Notice of Settlement (Doc. 68) which advises that all claims as to all parties have settled.

**IT IS ORDERED** that a Stipulation to Dismiss with Prejudice shall be filed within 45 days of the filing of this Order.

**IT IS FURTHER ORDERED** that the dispositive motion deadline is extended for 30 days to allow the parties time to finalize settlement documents as requested.

Dated this 25th day of June, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge